Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−18559−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shannon Hope Doan−Meckel
   34 Floral Ave.
   Trenton, NJ 08619

Social Security No.:
   xxx−xx−2570

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 20, 2025.

Dated: November 20, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-18559-MEH |
| Shannon Hope Doan-Meckel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shannon Hope Doan-Meckel, 34 Floral Ave., Trenton, NJ 08619-1810 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 20 2025 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 20 2025 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520781665 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2025 21:14:34 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520822239 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 20 2025 21:28:09 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520779464 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 20 2025 21:17:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520779465 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 20 2025 21:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520826932 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 20 2025 21:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520779466 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 20 2025 21:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520779467 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2025 21:39:01 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520784966 | | Email/Text: mrdiscen@discover.com | Nov 20 2025 21:17:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 520779468 | ^ | MEBN | Nov 20 2025 21:05:48 | Client Services Incorporated, 514 Earth City Expy, Ste 310, Earth City, MO 63045-1303 |
| 520779469 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779470 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779471 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Bank/PacSun, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779472 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

Case 25-18559-MEH    Doc 27    Filed 11/22/25    Entered 11/23/25 00:17:55    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 61 |

| | | | |
|---|---|---|---|
| | | Nov 20 2025 21:19:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779473 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779474 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520779475 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 520779476 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenity Capital/Dell, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 520779479 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | ComenityCapital/Modell, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779477 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779478 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 20 2025 21:19:00 | Comenitybank/Onetop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520779480 | + Email/Text: bankruptcy_notifications@ccsusa.com | Nov 20 2025 21:19:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520779481 | + Email/Text: mrdiscen@discover.com | Nov 20 2025 21:17:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520779482 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 20 2025 21:20:00 | Feb Retail/cci, Po Box 4499, Beaverton, OR 97076-4499 |
| 520779483 | ^ MEBN | Nov 20 2025 21:06:03 | Federal Home Loan Mortgage Corporation, c/o Hill Wallack, LLP, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 520857984 | Email/Text: mtgbk@shellpointmtg.com | Nov 20 2025 21:18:00 | Federal Home Loan Mortgage Corporation, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520779484 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 20 2025 21:19:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520779485 | + Email/Text: bnc-bluestem@quantum3group.com | Nov 20 2025 21:19:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 520812479 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 20 2025 21:19:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520779486 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 20 2025 21:28:37 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520784113 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 21:14:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520779487 | + Email/PDF: resurgentbknotifications@resurgent.com | Nov 20 2025 21:26:04 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 520827203 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 20 2025 21:17:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520792334 | + Email/Text: ecfbnc@aldridgepite.com | Nov 20 2025 21:18:00 | NewRez LLC, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520779488 | + Email/Text: mtgbk@shellpointmtg.com | Nov 20 2025 21:18:00 | Newrez d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520779489 | ^ MEBN | Nov 20 2025 21:04:50 | Northstar Location Services, LLC, ATTN: FINANCIAL SERVICES DEPARTMENT, 4285 Genesee St., Buffalo, NY 14225-1943 |
| 520779490 | + Email/Text: mtgbk@shellpointmtg.com | Nov 20 2025 21:18:00 | Nr/sms/cal, 601 Office Center Dr, Fort |

Case 25-18559-MEH    Doc 27    Filed 11/22/25    Entered 11/23/25 00:17:55    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 20, 2025 | Form ID: plncf13 | Total Noticed: 61 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Washington, PA 19034-3275 |
| 520853029 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2025 21:15:49 | | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520779491 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2025 21:39:16 | | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520853103 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 20 2025 21:13:10 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 520792149 | | Email/Text: bnc-quantum@quantum3group.com Nov 20 2025 21:19:00 | | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 520817628 | | Email/PDF: resurgentbknotifications@resurgent.com Nov 20 2025 21:26:35 | | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520779492 | + | Email/Text: enotifications@santanderconsumerusa.com Nov 20 2025 21:19:00 | | Santander Consumer Usa, Attn: Bankruptcy, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520779493 | + | Email/Text: ssa.bankruptcy@ssa.gov Nov 20 2025 21:18:00 | | Social Security Administration, Mid-Atlantic Program Service Center, 300 Spring Garden Street, Philadelphia, PA 19123-2924 |
| 520779494 | + | Email/Text: ssa.bankruptcy@ssa.gov Nov 20 2025 21:18:00 | | Social Security Adminstration, Office of Regional Commissioner, 26 Federal Plaza Rm40-120, New York, NY 10278-4199 |
| 520779495 | + | Email/Text: bankruptcy@sunrisecreditservices.com Nov 20 2025 21:18:00 | | Sunrise Credit Services, Inc., Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 520779496 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:27:49 | | Syncb/Paypal, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520779498 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:28:10 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 520779499 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:27:49 | | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520779500 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:39:04 | | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520779501 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:26:26 | | Synchrony Bank/Gap, Attn: Bankruptcy, Pob 965060, Orlando, FL 32896-5060 |
| 520779503 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:26:17 | | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520779504 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:15:28 | | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 520779505 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:38:56 | | Synchrony/American Eagle, Sttn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 520779506 | + | Email/PDF: ais.sync.ebn@aisinfo.com Nov 20 2025 21:13:05 | | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520779507 | + | Email/Text: bnc-thebureaus@quantum3group.com Nov 20 2025 21:18:00 | | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 520779508 | + | Email/Text: bnc-thebureaus@quantum3group.com Nov 20 2025 21:18:00 | | The Bureaus, Inc., 711 N. Edgewood Ave., Suite #200, Wood Dale, IL 60191-1254 |
| 520779509 | + | Email/Text: bankruptcy@sccompanies.com Nov 20 2025 21:20:00 | | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520779510 | + | Email/Text: BCN@timepayment.com Nov 20 2025 21:19:00 | | Timepayment Corp, LLC., Attn: Bankruptcy, 200 Summit Drive Suite 100, Burlington, MA 01803-5274 |

TOTAL: 60

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520779497 | | Syncb/walmart |
| 520781666 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520784115 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520779502 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Candyce Ilene Smith-Sklar | on behalf of Debtor Shannon Hope Doan-Meckel njpalaw@gmail.com r56958@notify.bestcase.com |
| Candyce Ilene Smith-Sklar | on behalf of Trustee Albert Russo njpalaw@gmail.com r56958@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5