UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF SKLAR SMITH-SKLAR
1901 N. Olden Avenue, Suite 22
Ewing, New Jersey  08618
Phone: (609) 882-9800 Fax: (609) 538-1399
CANDYCE I. SMITH-SKLAR, ESQ.
Attorney for Debtor

Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shannon Hope Doan-Meckel

Case No.:    25-18559/EJO

Chapter:    13

Judge:    Eamonn J O'Hagan

## ORDER AUTHORIZING RETENTION OF

### BIRKHOLD & MAIDER, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: July 14, 2026**

_____
Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____BIRKHOLD & MAIDER, LLC_____
as ___Attorney for Shannon Hope Doan-Meckel___, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    7 N Mountain Avenue_____

    Montclair, NJ 07042_____

    _____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.    The effective date of retention is the date the petition was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-18559-EJO

Shannon Hope Doan-Meckel                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 2

Date Rcvd: Jul 14, 2026                       Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

**Recip ID**     **Recipient Name and Address**
db     + Shannon Hope Doan-Meckel, 34 Floral Ave., Trenton, NJ 08619-1810

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Candyce Ilene Smith-Sklar
    on behalf of Trustee Albert Russo njpalaw@gmail.com  r56958@notify.bestcase.com

Candyce Ilene Smith-Sklar
    on behalf of Debtor Shannon Hope Doan-Meckel njpalaw@gmail.com  r56958@notify.bestcase.com

Elizabeth K. Holdren
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-1 eholdren@hillwallack.com, hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Matthew K. Fissel
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for Freddie Mac Seasoned Credit Risk Transfer Trust Series 2019-1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

U.S. Trustee

District/off: 0312-3                           User: admin                                Page 2 of 2
Date Rcvd: Jul 14, 2026                        Form ID: pdf903                        Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6